UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
PADUCAH DIVISION

**MARLIN J. BROWN**                                                                                               **PLAINTIFF**

**v.**                                           **CIVIL ACTION NO. 5:18CV-P33-TBR**

**RODNEY MORGAN** *et al.*                                                                         **DEFENDANTS**

## MEMORANDUM OPINION

Plaintiff Marlin J. Brown, a pretrial detainee at the McCracken County Jail (MCJ), filed a *pro se* complaint pursuant to 42 U.S.C. § 1983 against MCJ Guard Rodney Morgan and MCJ Jailer Tonia Ray in their official capacities only. By Memorandum Opinion and Order entered July 13, 2018 (DN 10), the Court conducted an initial review of the complaint pursuant to 28 U.S.C. § 1915A and dismissed the official-capacity claims against Defendants pursuant to § 1915A(b)(1) for failure to state a claim upon which relief may be granted. Before dismissing the action, however, the Court provided Plaintiff with an opportunity to file an amended complaint to sue Defendant Morgan in his individual capacity and state whether Defendant Morgan was involved in denying him medical treatment following Plaintiff's alleged exposure to mace and to name as Defendants and sue them in their individual capacities any other jail officials who allegedly denied him access to medical care following his exposure to mace. The Court advised Plaintiff that his failure to file an amended complaint within 30 days from entry of the Memorandum Opinion and Order would result dismissal of the complaint for failure to state a claim upon which relief may be granted.

The 30-day period has expired, and the record reflects that Plaintiff has not filed an amended complaint. Therefore, the Court will enter a separate Order dismissing this action.

Date:

cc:     Plaintiff, *pro se*
        McCracken County Attorney
4413.005